STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK       )

JANICE M. FONT, being duly sworn, deposes and says:

1. I am employed by the firm of Duane Morris LLP.

2. I am over 18 years of age, reside in Staten Island, NY and am not a party to this action.

3. On November 1, 2004 I served a copy of an Answer by first class mail depositing in the official depository maintained and exclusively controlled by the United States Government at 380 Lexington Avenue, New York, NY 10168 a true and correct copy of the same, properly enclosed in a postpaid wrapper addressed to the following address:

Chadbourne & Parke
30 Rockefeller Plaza
New York, NY  10112

_____
Janice M. Font

Sworn to before me this
1st day of November, 2004

_____
Notary Public

KAREN S. FRIEMAN
Notary Public, State of New York
No. 31-4842335
Qualified in New York County
Commission Expires September 17, 20 05