UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETHERBY LIMITED,

                          Plaintiff,                04 CV 07028 (GEL)

            -against-                  **NOTICE OF MOTION**

JONES APPAREL GROUP, INC. and JONES
INVESTMENT CO., INC.,

                          Defendants.

       PLEASE TAKE NOTICE that, upon the annexed Affirmation of Melissa J. LaRocca dated March 3, 2005, the exhibits thereto, and upon all prior pleadings and proceedings had herein, plaintiff Netherby Limited ("Netherby") will move this Court before the Honorable Gerard E. Lynch, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 803, New York, New York 10007, on March 22, 2005, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to Federal Rule of Civil Procedure 28(b)(2) and 28 U.S.C. § 1781(b)(2), issuing letters rogatory to permit the production of documents from and the taking of depositions of witnesses located outside the United States.

Dated:      March 7, 2005

        CHADBOURNE & PARKE LLP

        By: __/s/   Thomas J. Hall__
            Thomas J. Hall (TH 3398)
        Attorneys for Plaintiff Netherby Limited
        30 Rockefeller Plaza
        New York, New York  10112
        (212) 408-5100

TO:    DUANE MORRIS LLP
        Attorneys for Defendants
        380 Lexington Ave.
        New York, New York  10168
        Attn:  Karen Frieman, Esq.