# EXHIBIT D

FROM CHADBOURNE & PARKE            (WED) 3. 19' 03 17:23/ST. 17:19/NO. 4862440278 P 8
                                                    MAR. 17. 2003   3:39PM   P 7
                                                   PHONE NO. : 212 374 0930

                                                 At IAS Part 27 of the Supreme Court of
                                                 the State of New York, County of
                                                 New York, held at the Courthouse, 60
                                                 Centre Street, New York, New York
                                                 on the 14 day of March 2003.

PRESENT:

        HON. IRA GAMMERMAN,

                     Justice.

---

GLORIA VANDERBILT TRADEMARK B.V. and G.V.
TRADEMARK INVESTMENT, LTD.,

                     Plaintiffs and          Index No. 113339/01
                     Counterclaim            (IAS Part 27, No. 17116)
                     Defendants,             (Gammerman, J.)

      -against-

NETHERBY LIMITED,

                     Defendant and          **JUDGMENT**
                     Counterclaimant.

[FILED MAR 17 2003 COUNTY CLERK'S OFFICE NEW YORK]

---

NETHERBY LIMITED,

                     Third-Party Plaintiff,

      -against-                                 Third Party No. 590899/01

GLORIA VANDERBILT APPAREL, INC.,

                     Third-Party
                     Defendant.

---

       The issues in this action having come to be heard before Honorable Ira Gammerman

at IAS Part 27 of this Court, New York County, at the Courthouse, 60 Centre Street, New York,

04/04/2003 10:18 FAX 12126921190     DUANE MORRIS HECKSCHER     @001

FROM CHADBOURNE & PARKE   (WED) 3 19' 03 17:25/ST. 17:19/NO. 4862440278 P 11
PHONE NO. : 212 374 0930

INDEX NO:.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PLAINTIFF: Gloria Vanderbilt Trademark B.V. and G.V. Trademark Investment, LTD

- v -

DEFENDANT: Netherby Limited.

FILED AND DOCKETED
MAR 17 2003 PM
AT 3:21
N.Y. CO. CLK'S OFFICE

(JUDGMENT)

ATTORNEY FOR: Defendant (Netherby)

FIRM NAME AND ADDRESS: Chadbourne & Parke LLP
30 Rockefeller Plaza
New York NY 10112    Thomas J Hall Esq

TELEPHONE NUMBER:
(212) 408-5100

New York on April 30 and May 1, 2 and 3, 2002. Plaintiff G.V. Trademark Investment, Ltd. ("GVTI") and third-party defendant Gloria Vanderbilt Apparel Corp. ("GVAC") appeared by Duane Morris LLP, plaintiff Gloria Vanderbilt Trademark, B.V. ("BV") appeared by Shiboleth, Yisraeli, Roberts & Zisman, LLP, and defendant and third-party plaintiff Netherby Limited appeared by Chadbourne & Parke LLP.

Plaintiffs' claims having been resolved before trial as set forth in Justice Gammerman's Decisions and Orders dated January 16, 2002 and April 15, 2002 and in the transcript dated April 15, 2002, and Netherby Limited having limited its second and third claims for monetary relief to defendants GVTI and BV, trial was held on the issue of liability with respect to the counterclaims and third-party claims asserted by Netherby Limited. The parties presented their proof, their respective counsel were heard, and after due consideration Justice Gammerman rendered a Decision and Order on June 25, 2002 in favor of defendant and third-party plaintiff, Netherby Limited.

NOW, on the application of Netherby Limited, it is

ADJUDGED, that plaintiff Netherby Limited, having a principal place of business at Normandy House, St. Hellier, Jersey, Channel Islands, recover jointly and severally from Gloria Vanderbilt Trademark, B.V., having a principal place of business at 23, Av. Monterey, L-2086, Luxembourg, c/o Sama Trademark Investments BV and from Gloria Vanderbilt Trademark Investment Ltd., having a principal place of business at P.O. Box 3151, Road Town, Tortola, British Virgin Islands, the principal sum of NINE HUNDRED SIX THOUSAND, EIGHT HUNDRED AND EIGHTEEN dollars and FOURTEEN cents ($906,818.14), plus pre-judgment interest in the sum of ONE HUNDRED SIXTY ONE THOUSAND AND TEN dollars ($161,010.00), together with attorneys' fees in the sum of TWO HUNDRED FORTY-TWO

2

THOUSAND AND FIVE HUNDRED dollars ($242,500.00), making a total of ONE MILLION THREE HUNDRED TEN THOUSAND AND THREE HUNDRED and TWENTY EIGHT dollars and FOURTEEN cents ($1,310,328.14), and that Netherby Limited have execution therefor.

**IRA GAMMERMAN**
J.S.C.

Judgment entered this
____ day of March 2003.

Clerk

FILED
MAR 17 2003
COUNTY CLERK'S OFFICE
NEW YORK

3