UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NETHERBY LIMITED,<br><br>       Plaintiff,<br><br> -against-<br><br>JONES APPAREL GROUP, INC. and JONES INVESTMENT CO. INC.,<br><br>       Defendants. | : 04 CV 07028(GEL) |

## CERTIFICATION OF SERVICE

  I, Cathy Smith, certify that on March 18, 2005, I caused service of the accompanying Affidavit of Karen S. Frieman and Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for The Issuance of Letters Rogatory by hand delivery upon the following:

      Melissa LaRocca, Esq.
      Chadbourne & Parke
      30 Rockefeller Plaza
      New York, NY 10112

Dated: New York, New York
March 18, 2005

                   By: *[signature]*

NY\277239 1