# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel 212-408-5100 fax 212-541-5369

Melissa La Rocca
direct tel (212) 408-1187
mlarocca@chadbourne.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/05

March 21, 2005

Honorable Gerard E. Lynch
United States District Court
Southern District of New York
40 Foley Square
Room 803
New York, New York 10007

**MEMO ENDORSED**

Re: Netherby Limited v. Jones Apparel Group, Inc., et al.
    Case No. 04 CV 07028 (GEL)

Dear Judge Lynch:

We represent plaintiff Netherby Limited ("Netherby") in the above referenced matter. We are writing with the consent of opposing counsel to <u>request an adjournment of the return date of Netherby Limited's Motion for the Issuance of Letters Rogatory (the "Motion") from March 22, 2005 until April 4, 2005</u>. This is the parties' first request for such an adjournment. ] *

Netherby's Motion was served on or about March 7, 2005. After receiving the Motion, Karen Frieman, Esq. of Duane Morris LLP, counsel for defendants, contacted me to request an extension of time for defendants' to serve their opposition to the Motion until March 18, 2005. I agreed to the request and received defendants' opposition papers at approximately 6:00 p.m. on Friday, March 18, 2005.

As Netherby would not have the opportunity to review the opposition papers until this morning, the day before the return date, Ms. Frieman and I also orally agreed, upon receiving the consent of the Court, to adjourn the return date of the motion until April 4, 2005, with Netherby's reply papers to be served by Monday March 28, 2005.

April 4, 2005 was selected by the parties as the new return date because defendants' counsel will be out of the office until the middle of next week and would like the opportunity to review the reply papers prior to the return date.

\* SO ORDERED

/s/ Gerard E. Lynch
GERARD E. LYNCH, U.S.D.J.
3/21/05

New York  Washington  Los Angeles  Houston  London (a multinational partnership)  Moscow  Beijing

# CHADBOURNE
### & PARKE LLP

Honorable Gerard E. Lynch -2- March 21, 2005

Please contact me if you have any questions. I look forward to receiving your response.

Very truly yours,

Melissa LaRocca

**VIA FACSIMILE**

cc: Karen Frieman, Esq. (VIA FACSIMILE)

CHADBOURNE
& PARKE LLP