

| | |
|---|---|
| KAREN S FRIEMAN<br>DIRECT DIAL: 212.692.1025<br>E-MAIL: ksfrieman@duanemorris.com<br><br>www.duanemorris.com | FIRM and AFFILIATE OFFICES<br><br>NEW YORK<br>LONDON<br>CHICAGO<br>HOUSTON<br>PHILADELPHIA<br>SAN DIEGO<br>SAN FRANCISCO<br>DETROIT<br>BOSTON<br>WASHINGTON, DC<br>ATLANTA<br>MIAMI<br>PITTSBURGH<br>NEWARK<br>ALLENTOWN<br>WILMINGTON<br>CHERRY HILL<br>HARRISBURG<br>BANGOR<br>PRINCETON<br>WESTCHESTER |

March 1, 2005

BY HAND

Melissa LaRocca, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

  Re: <u>Netherby Limited v. Jones Apparel Group, Inc. 04 CV 07028 (GEL)</u>

Dear Melissa:

  Enclosed you will find the beginning of defendants' document production. These documents are being produced on behalf of defendants without prejudice to the defense, among others, that Jones Apparel Group, Inc. is not properly named as a defendant in this action.

  In particular, enclosed you will find documents Bates stamped Jones 000001 through 000872. Due to a paralegal error, there are no documents numbered 000207-212. Additional documents should be produced later this week and others as soon as our Confidentiality Stipulation and Protective Order has been filed and "so ordered".

             Very truly yours,

             Karen S. Frieman