UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETHERBY LIMITED,

Plaintiff,

-against-

JONES APPAREL GROUP, INC. and JONES
INVESTMENT CO., INC.,

Defendants.

04 CV 07028 (GEL)

## PLAINTIFF NETHERBY LIMITED'S EXPERT DESIGNATION

Pursuant to Federal Rule of Civil Procedure Rule 26(a)(2) and the Stipulation dated

September 16, 2005, which extended the deadline for the parties' designation of experts,

plaintiff Netherby Limited ("Netherby") hereby designates Patti Disner as its expert in the above

referenced matter.

Ms. Disner is the owner of Design Influence, Inc. and is an adjunct professor at the

Parson's School of Design and the Fashion Institute of Technology. She is an expert in the

design process in the apparel industry, including the creation of licensing packages from the

development of the initial concept through the creation of samples and finished garments. If

called to testify as an expert, Ms. Disner will opine on the value of the licensing packages to

which Netherby is entitled under the parties' 1988 Agreement, as modified.

Dated:      September 19, 2005

CHADBOURNE & PARKE LLP

By:_____

Thomas J. Hall (TH 3398)
A Member of the Firm
Attorneys for Plaintiff Netherby Limited
30 Rockefeller Plaza
New York, New York  10112
(212) 408-5100

TO:    DUANE MORRIS LLP
        Attorneys for Defendants
        380 Lexington Ave.
        New York, New York  10168
        Attn:  Karen Frieman, Esq.