STATE OF NEW YORK   )
                    : 
COUNTY OF NEW YORK  )

    AMY L GANDY, being duly sworn, deposes and says:

1. I am employed by the firm of Duane Morris LLP.

2. I am over 18 years of age, reside in Long Island, NY and am not a party to this action.

3. On October 21, 2005, I caused to be personally served a copy of a Defendants' Notice of Cross-Motion, affidavit and declarations, Statement Pursuant to Rule 56.1, and Memorandum of Law by hand on counsel for the plaintiff at the followin address designated by them for that purpose upon:

    Chadbourne & Parke
    30 Rockefeller Plaza
    New York, NY 10112

_____
Amy L. Gandy

Sworn to before me this
21st day of October, 2005

_____
ADRIENNE L. VALENCIA
Notary Public, State of New York
No. 02V...
Qualified in ...
Commission Expires ... 20 07