UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NETHERBY LIMITED,                          :     04 CV 07028(GEL)
                                           :
              Plaintiff,                   :
                                           :     NOTICE OF
       - against -                         :     MOTION IN LIMINE
                                           :
JONES APPAREL GROUP, INC. and JONES        :
INVESTMENT CO. INC.,                       :
                                           :
              Defendants.                  :
------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed affidavit of Karen S. Frieman, sworn to June 2, 2006, together with the exhibits annexed therto, the accompanying memorandum of law and all prior proceedings had herein, defendants Jones Apparel Group, Inc. and Jones Investment Co. Inc. will move this Court, before the Honorable Gerard E. Lynch, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY 1007, on such date and time as the Court determines and directs, for an order excluding at the trial of this action the expert testimony proffered by plaintiff and for such other and further relief as to this Court seems just and proper.

Dated:  New York, New York
        June 2, 2006

                                    DUANE MORRIS LLP

                                    By: _____
                                        Karen S. Frieman (KF 9204)
                                    380 Lexington Avenue
                                    New York, New York 10168
                                    (212) 692-1000
                                    Attorneys for Defendants

To:   Chadbourne & Parke
      30 Rockefeller Plaza
      New York, NY  10112

DM1\644575.1