UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NETHERBY LIMITED,                                  :    04 CV 07028(GEL)
                                                   :
                    Plaintiff,                     :
                                                   :    AFFIDAVIT OF
          - against -                              :    KAREN S. FRIEMAN
                                                   :
JONES APPAREL GROUP, INC. and JONES                :
INVESTMENT CO. INC.,                               :
                                                   :
                    Defendants.                    :
------------------------------------------------------------------x

STATE OF NEW YORK    )
                     :ss
COUNTY OF NEW YORK   )

   KAREN S. FRIEMAN, being duly sworn, deposes and says:

   1. I am Special Counsel to the firm of Duane Morris LLP, attorneys for defendants Jones Apparel Group, Inc. and Jones Investment Co. Inc. I submit this affidavit in support of defendants' motion in limine to exclude from the trial of this action the testimony and evidence offered by plaintiff's proposed expert witnesses.

   2. The purpose of this affidavit is to put before the Court true and correct copies of certain documents, pleadings and deposition testimony excerpts which collectively demonstrate defendants' entitlement to the relief sought. Those materials are as follows:

    Exhibit A – Rebuttal Expert Report of Mohan Murjani, dated, January 8, 2005;

    Exhibit B – Excerpts from the Deposition of Mohan Murjani;

    Exhibit C – Expert Report of Patti Disner, dated October 13, 2005 (This document is presented without its exhibits as they are not material to the instant motion and their inclusion would require the filing of this motion under seal);

Exhibit D – Excerpts from the Deposition of Patti Disner;

Exhibit E – Rebuttal Expert Report of Andrew Jassin, dated November 7, 2005; and,

Exhibit F – Excerpts from deposition of Andrew Jassin.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, it is respectfully submitted that the defendants' motion in limine should be granted in its entirety.

_____
KAREN S. FRIEMAN

Sworn to before me this
2d day of June 2006

_____
Notary Public

DM1\644164.1

JANICE M. FONT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FO6122842
Qualified in Richmond County
Commission Expires February 22, 20 09

2