UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NETHERBY LIMITED,

                          Plaintiff,

-against-

JONES APPAREL GROUP, INC. and JONES INVESTMENT CO., INC.,

                          Defendants.

---

04 CV 07028 (GEL)

**AFFIDAVIT IN OPPOSITION TO MOTION IN LIMINE**

STATE OF NEW YORK   )
                          : ss.:
COUNTY OF NEW YORK )

      THOMAS J. HALL, being duly sworn, deposes and says:

      1.    I am a member of the firm of Chadbourne & Parke LLP ("Chadbourne"), attorneys for plaintiff herein.  I submit this affidavit in opposition to defendants' motion in limine to exclude from the trial of this action the testimony of plaintiff's three expert witnesses.

      2.    Annexed hereto as Exhibit A is a complete copy of the expert report of Patti Disner, with exhibits.  The copy included with the moving papers did not include the exhibits to Ms. Disner's report.

      3.    Annexed hereto as Exhibit B is a copy of the report of defendants' purported expert witness Antonio R. Sarabia.

      4.    Annexed hereto as Exhibit C is a copy of the report of defendants' purported expert Roger M. Milgrim.

5.  Annexed hereto as Exhibit D is a complete copy of the transcript of the deposition of Mohan Murjani. The moving papers submit only excerpts therefrom.

6.  Annexed hereto as Exhibit E is a complete copy of the transcript of the deposition of Patti Disner. The moving papers submitted only excerpts therefrom.

7.  Annexed hereto as Exhibit F is a complete copy of the transcript of the deposition of Andrew Jassin. The moving papers submitted only excerpts therefrom.

_____
Thomas J. Hall

Sworn to before me this
15th day of June 2006

_____
Notary Public

KAREN E. FOSTER
Notary Public, State of New York
No. 01-FO4721848
Qualified in Kings County
Certificate Filed in New York County
Commission Expires FEBRUARY 28, 20_07_